```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

ARIC McDOWELL                         :       CIVIL ACTION
                                      :
          vs.                         :
                                      :       NO. 02-2760
CITY OF PHILADELPHIA POLICE
DEPARTMENT, ET AL.

                        O R D E R

**AND NOW, TO WIT:** This 12th day of March, 2003, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.


                              **MICHAEL E. KUNZ**, Clerk of Court


                              BY:_____
                                    Michael Owens
                                    Deputy Clerk




Civ 2 (7/83)
41.1(b)